IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELMER BURPEE YARLOTT, II,<br><br>Defendant. | CR 20–60–BLG–DLC<br><br><br><br>ORDER |

Before the Court is the government's Unopposed Motion for Victim to Appear by Phone for Change of Plea Hearing. (Doc. 43.) The United States explains that the complaining witness in this case, Jane Doe, would like to attend the change of plea hearing, but cannot travel to Missoula on December 9, 2020.

Accordingly, with good cause shown, IT IS ORDERED that the motion (Doc. 43) is GRANTED. The complaining witness, Jane Doe, may appear by phone at the change of plea hearing set for December 9, 2020 at 3:00 p.m. The government shall make necessary arrangements with the Clerk of Court.

DATED this 12th day of November, 2020.

_____
Dana L. Christensen, District Judge
United States District Court