IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELMER BURPEE YARLOTT, II,<br><br>Defendant. | CR 20–60–BLG–DLC<br><br><br><br>ORDER |

This Order serves to notify counsel for the government and counsel for Defendant Elmer Burpee Yarlott, II, that the change of plea hearing set for February 9, 2021 will be conducted entirely by Zoom. The Clerk of Court will notify counsel via e-mail of the meeting ID and password within 24 hours of the hearing.[1]

If counsel for either party objects to appearing via Zoom, IT IS ORDERED that they must notify the Court of their objection before 12:00 p.m. on Monday, February 8, 2021.

---

[1] Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings

- 1 -

DATED this 6th day of February, 2021.

_____
Dana L. Christensen, District Judge
United States District Court